NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3277

KATRINA V. TATE,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH0752080246-I-1.

ON MOTION

Before LOURIE, Circuit Judge.

## O R D E R

Katrina V. Tate moves to vacate the court's December 16, 2008 order reforming the caption to name the Merit Systems Protection Board as the respondent.

Tate states that the order violates her rights to appeal the Board's final decision. However, the identity of the agency which is named respondent in a case before this court does not affect Tate's review rights. The briefing is completed in Tate's case and it will be assigned to a calendar in the usual course.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FEB 2 2009
_____
Date

cc: Katrina V. Tate
Joyce G. Friedman, Esq.
Richard P. Schroeder, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK